ENTERED ON DOCKET
NOV 02 2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **WANDA RENEE TYREE,** | ) | CASE NO. **10-68797 - MHM** |
| | ) | |
| Debtor | ) | |
| ----------------------------- | ) | ----------------------------- |
| | ) | |
| **WANDA RENEE TYREE,** | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| **GABRIEL GUZMAN and HAIT & EICHELZER,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

### CONSENT ORDER

By order entered September 27, 2010 ( "the Order"), pursuant to 11 U.S.C. §542, Respondents were directed to turn over to the Chapter 7 Trustee certain property of Debtor's estate ("the Property"). The Chapter 7 Trustee has investigated the Property; spoken to counsel for all parties to this matter; and determined that the Property is of no value to the estate. Accordingly, it is hereby

ORDERED that the Chapter 7 Trustee is authorized to abandon the estate's interest in the Property. It is further

ORDERED that, pursuant to the Order, Respondents shall turn over the Property directly to Debtor.

IT IS SO ORDERED, this the ___1st___ day of November, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Draft Prepared and presented by:

THE ROTHBLOOM LAW FIRM
____/s/____
ADAM D. HERRING
Georgia Bar No. 441119
Attorney for Debtor
31 Atlanta St.
Marietta, GA 30060
(770) 792-3636
(770) 792-3281 (fax)
*adam@rothbloom.com*

Reviewed and consented to by:
____/s/____ *(with express permission)*
EDWIN K. PALMER
Georgia Bar No. 560100
Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031
(404) 479-4449

HAIT & EICHELZER
____/s/____ *(with express permission)*
P. KENT EICHELZER, III
Georgia Bar No. 242315
Attorney for Respondents
Suite 100
185 Stockwood Dr.
Woodstock, GA 30188
(770) 517-0045
(770) 517-0350 (fax)
*kentike@bellsouth.net*

## DISTRIBUTION LIST

Adam D. Herring
The Rothbloom Law Firm
31 Atlanta St.
Marietta, GA 30060

Edwin K. Palmer
Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031

P. Kent Eichelzer, III
Hait & Eichelzer
Suite 100
185 Stockwood Dr.
Woodstock, GA 30188