ENTERED ON DOCKET
NOV 10 2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WANDA RENEE TYREE | ) | CASE NO. 10-68797-MHM |
| | ) | |
| Debtor | ) | |

ORDER AND NOTICE OF RESET HEARING

**ORDER AND NOTICE IS HEREBY GIVEN** that the hearing on motion of the Debtor for sanctions against Gabriel Guzman and Hait & Eichelzer (Doc 43, 44, 45, 46) will be held on December 1, 2010 at 11:00 a. m. in Courtroom 1204, U. S. Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

The hearing is RESET from November 23, 2010.

This 9th day of November, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

WANDA RENEE TYREE

10-68797-MHM

CERTIFICATE OF MAILING

The Order and Notice dated 11-9-2010 was mailed to the following:

Wanda Renee Tyree
6605 Destiny Drive
Mableton, GA 30126

Howard Rothbloom, Esquire
31 Atlanta Street
Marietta, GA 30060

Adam Herring, Esquire
The Rothbloom Law Firm
31 Atlanta Street
Marietta, GA 30060

Edwin K. Palmer, Esquire
P. O. Box 1284
Decatur, GA 30031

Khristie L. Kelly, Esquire
Law Office of Robert S. Toomey, P.C.
708 N. Tennessee Street
Cartersville, GA 30120

Alexander Hait, Esquire
Hait & Eichelzer
Suite 100
185 Stockwood Drive
Woodstock, GA 30188

Kent Eichelzer, III, Esquire
Hait & Eischelzer
Suite 100
185 Stockwood Drive
Woodstock, GA 30188

DATE: 11-9-2010

COURTROOM DEPUTY: Sondra Buckley