UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                :        CHAPTER 7
                                      :
WANDA RENEE TYREE,                    :        CASE NO.  10-68797-MHM
                                      :
    Debtor.                           :

### ORDER REOPENING CASE

On June 3, 2011, the Clerk's Office entered an order entitled "Order Approving Trustee's Report of No Distribution, Discharging Trustee and Closing Estate."    At the time this case was closed, Debtor's Motion for Sanctions for Violation of the Automatic Stay (Doc. #43) was pending and had not been ruled upon; accordingly, it is hereby

**ORDERED** that this case is *reopened* to complete the administration of this case.

The Clerk is directed to serve a copy of this order upon Debtor, Debtor's attorney, the Chapter 7 Trustee and all creditors and parties in interest.

**IT IS SO ORDERED**, this 22nd day of June, 2011.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY COURT